**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOHN EDWARD WEEKS, | § | |
| TDCJ 484085, | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION H-06-3472 |
| | § | |
| TDCJ DIRECTOR, | § | |
| *ET AL.*, | § | |
| Defendants | § | |

## Opinion on Dismissal

John Edward Weeks sues as a pauper. 28 U.S.C. § 1915.  He claims civil rights violations.  42 U.S.C. § 1983. Weeks is incarcerated in a state prison.

Weeks has sued about 14 other times in district court, including transfers. Three of these lawsuits were dismissed as frivolous or for failure to state a claim. *See Weeks v. County of Denton, et al.*, 4:90cv221 (E.D.Tex.); *Weeks v. Shipman, et al.*, 4:91cv222 (E.D.Tex.); and *Weeks v. Richards, et al.*, 4:92cv1085 (S.D.Tex.).  When Weeks sued, he was confined in prison or jail.  These other cases were dismissed before Weeks filed this case.

A prisoner may not bring a civil action in federal court as a pauper if, while incarcerated, he brought three actions which were dismissed as frivolous, malicious, or for failure to state a claim, unless he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  Weeks's papers do not show such danger.

This complaint is dismissed. 28 U.S.C. § 1915(g). Weeks's motion to proceed as a pauper (2) is denied.

Signed November 21, 2006, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge